# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN DURHAM, JR., Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-82 ERIE** |
| | : | |
| **JAMES D. WASHBURN, et al.,** | : | **District Judge McLaughlin** |
| Defendants | : | Magistrate Judge Baxter |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of August, 2005, upon consideration of the foregoing Motion to Dismiss Complaint filed on behalf of Defendant West End Auto Body, Inc., it is hereby ORDERED, ADJUDGED and DECREED as follows: _____

_____

_____

_____

_____.

It is further ORDERED with regard to the Amended Complaint against Christopher Strong and Julie A. Grehl as follows: _____

_____

_____

_____.

BY ORDER OF COURT:

_____
J.