IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | CIVIL ACTION |
| Plaintiff | ) | NO. 02-82 ERIE |
| v. | ) | |
| | ) | District Judge Cohill |
| JAMES D. WASHBURN, | ) | Magistrate Judge Baxter |
| ET AL.           Defendants. | | |

## MOTION REQUESTING DISCOVERY
## OF DEFENDANT'S LEGAL ADDRESS

COMES NOW, Warren Durham Jr., Plaintiff moving pro se and files the instant motion requesting discovery of Defendant's legal address. In support thereof states as follows:

1. Attorney David G. Ridge, Esquire has made inquiries as to whether the Amended Complaint has been served upon Defendants Christopher Strong and Julie A. Grehl.

2. According to Counsel, Defendant Daniel Strong has been in contact with both Defendants.

3. Plaintiff is requesting this Court to compel the legal address of both Defendants so that he may properly serve them.

WHEREFORE, the Plaintiff respectfully request that his Motion be granted.

Respectfully submitted,

*/s/ Warren Durham Jr,*
WARREN DURHAM JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | CIVIL ACTION |
|         Plaintiff | ) | NO. 02-82 ERIE |
| V. | ) | |
| | ) | District Judge Cohill |
| JAMES D. WASHBURN, | ) | Magistrate Judge Baxter |
| ET AL.    Defendants. | | |

### CERTIFICATE OF SERVICE

I, Warren Durham Jr., hereby verify that I have mailed a true and correct copy of "Motion Requesting Discovery of Defendant's Legal Address" to the persons named below by FIRST CLASS MAIL, postage prepaid:

David G. Rlidge, Esq.
246 West Tenth Street
Erie, Pa. 16501

Gerald J. Villella, Esq.
626 State Street, Rm. 505
Erie, Pa. 16501

*Warren Durham Jr.*
WARREN DURHAM JR.
12119 MATHERSON AVE.
CLEVELAND, OH. 44135

DATED: 8/23/05