IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., ) | |
|       Plaintiff ) | |
|     v. ) | C.A. No. 02-82 Erie |
| ) | District Judge Cohill |
| JAMES D. WASHBURN, et al., ) | Magistrate Judge Baxter |
|       Defendants. ) | |

## ORDER

      Plaintiff has filed with this Court a "Motion Requesting Discovery of Defendant's Legal Address" [Document # 50], seeking an Order from this Court compelling Defendants' production of the addresses of Defendants Christopher Strong and Julie Grehl. On November 30, 2005, this Court issued a Report and Recommendation recommending dismissal of Plaintiff's claims against Defendants Christopher Strong and Julie Grehl. [Document # 57].

    AND NOW, this 1st day of December, 2005;

    In light of this Court's Report and Recommendation dated November 30, 2005, IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Discovery of Defendant's Legal Address [Document # 50] is DISMISSED as moot.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                  S/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  Chief U.S. Magistrate Judge