OFFICE OF THE CLERK

**MARCIA M. WALDRON** UNITED STATES COURT OF APPEALS   TELEPHONE
CLERK                    FOR THE THIRD CIRCUIT                 215-597-2995
                      21400 UNITED STATES COURTHOUSE
                             601 MARKET STREET
                          PHILADELPHIA 19106-1790

```
    Erie                  Clerk of District Court        Date      4/5/06
  (District)

  Durham v. Washburn                                     C. of A. No.   06-1564
  (Caption)

  Warren Durham, Jr.
  (Appellant)

  02-cv-00082
  (D.C. No.)

Enclosures:

    4/5/06                      Certified copy of C. of A. Order by the Court/Clerk
   (Date)

*    XXXX       Record

*  _____   Supplemental Record (First) (Second) (Third)

*  _____   Exhibits

*  _____   State Court Record

    XXXX        Copy of this form to acknowledge receipt and return to C. of A.

  _____   Record not returned at this time until appeal(s) closed at No.(s)_____

  _____   Please forward Record to this office.

  _____   The certified copy of order issued as the mandate on_____
               is recalled.
```

                                          Dana Moore             (267)-299-  4927
                                          Deputy Clerk           Telephone Number

                                        * _signature_             (267)-299- 4414
                                          Record Processor       Telephone Number

Receipt Acknowledge:                             04-10-2006

_____
  (Name)

_____
  (Date)
Rev. 3/13/00
Appeals (Record)

**RECEIVED**

APR 1 2 2006

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA