IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR.,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES D. WASHBURN, et al,<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 02-82 Erie<br>)<br>)<br>) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on April 27, 2006 at 2:30 p.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. All parties must appear in person.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　s/Leslie R. Wallen
　　　　　　　　　　　　　　　　　　　　Leslie R. Wallen
　　　　　　　　　　　　　　　　　　　　Judicial Assistant/Courtroom Deputy to
　　　　　　　　　　　　　　　　　　　　Judge Baxter
　　　　　　　　　　　　　　　　　　　　(814) 464-9630

Dated: April 17, 2006

cc: all parties of record (lw)