# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Warren Durham, Jr.  )
  )
  )
  )
  Plaintiff )
  vs. )  No.  CA 02-82 Erie
James D. Washburn, et al  )
  )
  )
  Defendants )

HEARING ON   April 27, 2006   Status Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Warren Durham, Jr., pro se | Gerald J. Villella, Esq.
 | David G. Ridge, Esq.
Appear for Plaintiff | Appear for Defendant

Hearing Begun   2:50 pm | Hearing Adjourned to
Hearing concluded C.A.V.   3:00 pm | Stenographer  Ron Bench
 | CD:   Index:

**WITNESSES**

For Plaintiff | For Defendant

[illegible signature]

Settlement conference to be scheduled for second week of May