IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., <br>     Plaintiff, <br> <br>     v. <br> <br> JAMES D. WASHBURN, et al, <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 02-82 Erie <br> ) <br> ) <br> ) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Settlement Conference before the Honorable Susan Paradise Baxter, on June 20, 2006 at 10:00 a.m., United States Courthouse, 17 South Park Row, Room A280, Erie, Pennsylvania. Counsel are to appear with their individual clients or with principals of corporate or other clients at said conference or to instruct such clients or principals to be available by telephone at the time of above conference to facilitate settlement negotiations.

                                          Sincerely,

                                          Leslie R. Wallen
                                          Judicial Assistant/Courtroom Deputy to
                                          Judge Baxter
                                          (814) 464-9630