IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Warren Durham, Jr. )
)
)
Plaintiff )
vs. )    No.    CA 02-82 Erie
James D. Washburn, et al )
)
)
Defendants )

HEARING ON   June 20, 2006   Settlement Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Warren Durham, Jr., pro se                         Gerald J. Villella, Esq.
                                                   David G. Ridge, Esq.

Appear for Plaintiff                               Appear for Defendant

Hearing Begun   10:10 am                           Hearing Adjourned to

Hearing concluded C.A.V.   11:45 am                Stenographer
                                                   CD:            Index:

WITNESSES
For Plaintiff                                      For Defendant

Discovery deadline + pretrial schedule will be set by written order

No settlement reached.