IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARREN DURHAM, JR.,**<br>    Plaintiff<br><br>    v.<br><br>**JAMES D. WASHBURN, et al.,**<br>    Defendants. | C.A. No. 02-82 Erie<br>District Judge Cohill<br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 21st day of June, 2006;

Following an unsuccessful settlement conference held on June 20, 2006,

IT IS HEREBY ORDERED that all discovery in this case will close August 31, 2006.

IT IS FURTHER ORDERED that dispositive motions are due September 15, 2006, and briefs in opposition to any dispositive motion are due September 29, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge