

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

RECEIVED

JUL 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA