IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN DURHAM, JR.,** Plaintiff | : | **C.A. NO. 02-82 ERIE** |
| | : | |
| v. | : | **District Judge Cohill** |
| | : | **Magistrate Judge Baxter** |
| **JAMES D. WASHBURN,** *et al.,* | : | |
| Defendants | : | |

## MOTION FOR EXTENSION OF TIME

**AND NOW,** comes the defendant, WEST END AUTO BODY, INC., by and through its counsel, DAVID G. RIDGE, ESQUIRE, and files this Motion for Extension of Time in which to complete discovery and in support thereof, states as follows:

1. The Honorable Susan Paradise Baxter issued a Case Management Order on June 21, 2006, indicating that discovery in the above-captioned case is due by August 31, 2006.

2. The parties have been conducting discovery; however, the parties may need to conduct additional discovery.

3. The parties have also been involved in productive settlement negotiations and would require additional time to attempt to finalize a possible settlement.

4. All parties consent to this request for an extension of time to complete discovery.

5. Warren Durham, Jr., indicated his consent to this motion via telephone call directly with counsel for defendant West End which occurred on August 31, 2006.

6. Defense counsel for West End Auto Body, Inc., is therefore requesting an additional thirty (30) days from August 31, 2006 in which to complete discovery or finalize a possible settlement.

**WHEREFORE,** it is respectfully requested that this Honorable Court grant this Motion for Extension of Time for the reasons stated herein.

    Respectfully submitted,

    **RIDGE and McLAUGHLIN**

    By:   s/David G. Ridge, Esquire
        David G. Ridge, Esquire
        Attorney for the Defendant,
        West End Auto Body, Inc.
        246 West Tenth Street
        Erie, PA  16501
        (814) 454-1010