IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN DURHAM, JR.,** Plaintiff | : | **C.A. NO. 02-82 ERIE** |
| | : | |
| v. | : | **District Judge Cohill** |
| | : | **Magistrate Judge Baxter** |
| **JAMES D. WASHBURN,** *et al.*, | : | |
| Defendants | : | |

## ORDER OF COURT

    **AND NOW,** to-wit, this _____ day of _____, 2006, upon consideration of the foregoing Motion for Extension of Time, defense counsel is granted thirty (30) days from August 31, 2006 in which to complete discovery in the above-captioned case.

                      BY ORDER OF COURT:

                                              _____
                                                                    J.