IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN DURHAM, JR.,** Plaintiff | : | **C.A. NO. 02-82 ERIE** |
| | : | |
| v. | : | **District Judge Cohill** |
| | : | **Magistrate Judge Baxter** |
| **JAMES D. WASHBURN,** *et al.,* | : | |
| Defendants | : | |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of _____, 2006, upon consideration of the foregoing Motion for Extension of Time to File Pre-Trial Motions , it is hereby ORDERED, ADJUDGED and DECREED that defense counsel is granted until October 31, 2006 in which to file any and all dispositive pre-trial motions.

It is further ORDERED that the parties shall be given until November 15, 2006 in which to file responses.

BY ORDER OF COURT:

_____
J.