# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN DURHAM, JR.,** Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-82 ERIE** |
| | : | |
| **JAMES D. WASHBURN, et al.,** | : | District Judge Cohill |
| Defendants | : | Magistrate Judge Baxter |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of _____, 2006, upon consideration of the foregoing Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that the Motion shall be GRANTED.

BY ORDER OF COURT:

_____
J.

dr/DurhamOrd