

# OHIO BUREAU OF MOTOR VEHICLES
### P.O. BOX 16520
### COLUMBUS, OHIO 43216-6520

OCT 3 0 2006

## VEHICLE REGISTRATION RECORD

| DATE | REQUESTED BY NUMBER | CUSTOMER NAME | TIME |
|---|---|---|---|
| 10/26/2006 | 14 | | 15:58:25 |

**CITY OF ERIE, BUREAU OF POLICE**
626 STATE STREET
ERIE, PA 16501

The foregoing is a true and accurate vehicle registration. Vehicle Registration records are provided pursuant to Section 4503.26(A) of the Ohio Revised Code.

*Franklin R. Caltrider*

FRANKLIN R. CALTRIDER, REGISTRAR

### VEHICLE INFORMATION

| PLATE NUMBER | VEHICLE CATEGORY | SOCIAL SECURITY NUMBER | TITLE NUMBER |
|---|---|---|---|
| WOT579 | PASSENGER CAR | 0 | 1801416554 |

| FIRST NAME, MIDDLE NAME, LAST NAME, SUFFIX | ISSUE DATE | TAX DISTRICT | EXPIRATION DATE |
|---|---|---|---|
| DURHAM*WARREN,%JR | 19951204 | 1814 | 19960201 |

**LAST KNOWN ADDRESS**
12119 MATHERSON AVE CLEVELAND OH 44135

| VEHICLE MAKE | MODEL YEAR | VEHICLE TYPE | GROSS VEHICLE WEIGT | OWNER CODE | LEASING COMPANY |
|---|---|---|---|---|---|
| OLDS | 1982 | 4S | 000000 | 0 | |

| VEHICLE ID NUMBER | VALIDATION STICKER |
|---|---|
| 1G3AN69Y4CM295148 | 6021197631 |

### OTHER INFORMATION

ABSTRACT DONE



BMV 1149 0301