IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WARREN DURHAM, JR.,                    )
                                       )
            Plaintiff,                 )
                                       )
       vs.                             )    Civil Action No. 02-82-E
                                       )
JAMES D. WASHBURN, individually        )
and in his capacity as Police          )
Officer for the City of Erie,          )
et al.,                                )
                                       )
            Defendants.                )

O R D E R

AND NOW, this _14th_ day of _December_, 2006, Plaintiff having failed to file Responses to Defendants' Motions for Summary Judgment as ordered by the Court on October 12, 2006,

IT IS HEREBY ORDERED that Plaintiff shall show cause by December 28, 2006, why summary judgment should not be entered in favor of Defendants and against Plaintiff for failure of Plaintiff to file Responses in opposition to the Motions for Summary Judgment. Failure of Plaintiff to show cause by December 28, 2006, may result in dismissal of this action for failure of Plaintiff to prosecute.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:    Counsel of record