U.S. POSTAGE
PAID
CLEVELAND, OH
44135
DEC 20, '06
0002498717
16501

AMOUNT
$0.63


UNITED STATES
POSTAL SERVICE
0000

RECEIVED
DEC 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

son Ave.
H. 44135