Gerald J. Villella, Esq.
Assistant Solicitor
626 State Street
Erie, Pa. 16501                                              22 January 2007


        In re:  Warren Durham Jr. v. James D. Washburn, et al.
               C.A. No. 02-82 Erie


Dear Mr. Villella:

    I accept the Settlement offer of $2000.00 to settle the above matter, consistent with your correspondence of January 18, 2007.  (enclosure)


                                                     Sincerely,

                                                     *Warren Durham Jr.*
                                                     WARREN DURHAM JR.
                                                     12119 MATHERSON AVE.
                                                     CLEVELAND, OH. 44135


*FILED '07 JAN 26 P1:29 CLERK U.S. DISTRICT COURT*


cc: Hon. Maurice Cohill



# The City of Erie, Pennsylvania
## Joseph E. Sinnott, Mayor

January 18, 2007

Mr. Warren Durham
12119 Matherson Avenue
Cleveland, OH 44135

        Re: Durham v. Erie & West End Auto Body
           USDC W. PA No. 02-82

Dear Mr. Durham,

    In a firm and final effort to settle your claim before the Summary Judgment motions of the City and West End are decided, the City of Erie will now offer $1,000.00 to you. We assume that the $1,000.00 offer from West End is still available, so you would receive a total of $2,000.00. While The City had been willing to offer $2,500.00 prior to preparing the Summary Judgment motion, you were not willing to accept this. Given that we have expended the time to file the Motion and Brief, we feel we must reduce our offer so that the City is not paying more than West End to settle a case which we believe should be dismissed under the law.

    Judge Cohill has asked that we let him know the status of this settlement offer no later than January 29, 2007, so that he will know whether to proceed with his opinion on the Motions. We look forward to hearing from you shortly.

                                Sincerely yours,

                                Gerald J. Villella, Esq.
                                Assistant Solicitor

cc. Hon. Maurice Cohill
    David Ridge, Esq.

**Office of the City Solicitor**
Gregory A. Karle, Esquire, City Solicitor
626 State Street, Room 505, Erie, PA 16501-1128
Ph: (814) 870-1230 • Fax: (814) 455-9438 • Email: gkarle@erie.pa.us



Warren Dunham Jr.
12119 Matherson Ave.
Cleveland OH, 44135

CLEVE OH 441
24 JAN 2007 PM 4 L

Hon. Maurice Cohill
U.S. District Court
17 South Park Row
Erie, PA. 16501

**RECEIVED**

JAN 26 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

