IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | C.A. No. 02-82 ERIE |
| Plaintiff | ) | |
| V. | ) | District Judge Cohill |
| | ) | |
| JAMES D. WASHBURN | ) | |
| ET AL.      Defendants. | | |

## MOTION FOR COURT TO RETAIN
## ENFORCEMENT JURISDICTION

COMES NOW, Warren Durham Jr., Plaintiff in the above entitled matter, respectfully requesting this Court to retain enforcement jurisdiction of the settlement agreement between the parties until compliance has been satisfied.

Respectfully submitted,

*Warren Durham Jr.*
WARREN DURHAM JR.

DATED: 2/17/07

FILED '07 FEB 22 P1:21

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WARREN DURHAM JR.,           )    C.A. No. 02-82 ERIE
        Plaintiff           )
   V.                        )    District Judge Cohill
                                    )
JAMES D. WASHBURN
ET AL.           Defendants.

### CERTIFICATE OF SERVICE

I, Warren Durham Jr., hereby certify that a true and correct copy of the foregoing "Motion for Court to Retain Enforcement Jurisdiction" was served upon the persons names below by:

**FIRST CLASS MAIL:**

Gerald J. Villella, Esq.
626 State Street
Erie, Pa. 16501

David Ridge, Esq.
246 West Tenth Street
Erie, Pa. 16501

*/s/ Warren Durham Jr.*
WARREN DURHAM JR.
12119 MATHERSON AVE.
CLEVELAND, OH. 44135

DATED: 2/17/07