Warren Durham Jr.
12119 Matherson Ave.
Cleveland OH. 44135

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

RECEIVED
FEB 22 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



UNITED STATES POSTAL SERVICE
AMOUNT $0.63
U.S. POSTAGE PAID
CLEVELAND, OH
44135
FEB 20
0002498
16501