# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | C.A. No. 02-82 ERIE |
| Plaintiff | ) | |
| V. | ) | District Judge Cohill |
| | ) | |
| JAMES D. WASHBURN | ) | |
| ET AL.  Defendants. | | |

### MOTION FOR COURT TO RETAIN
### ENFORCEMENT JURISDICTION

COMES NOW, Warren Durham Jr., Plaintiff in the above entitled matter, respectfully requesting this Court to retain enforcement jurisdiction of the settlement agreement between the parties until compliance has been satisfied.

Respectfully submitted,

*Warren Durham Jr.*
WARREN DURHAM JR.

AND NOW, this 27th day of February, 2007, IT IS SO ORDERED.

*Maurice B. Cohill, Jr.*
UNITED STATES SENIOR DISTRICT JUDGE

DATED: 2/17/07

'07 FEB 22 P1:21