


FIRST CLASS MAIL

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA 16501

RECEIVED

MAR 22 2007

CLERK U.S. DIS[TRICT COURT]
WEST. DIST OF P[A]