IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM JR. <br> Plaintiff <br> <br> v. <br> JAMES D. WASHBURN, individually, in his capacity as a police officer for the City of Erie; DOMINIC DILULLO, individually in his capacity as police officer for the City of Erie; WEST END AUTO BODY, INC; CITY OF ERIE and others not known presently to the Plaintiff, | : CA. NO. 02-82-ERIE <br> : <br> : <br> : District Judge Cohill <br> : Magistrate Judge Baxter <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the foregoing Joint Motion for Dismissal of Action, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that said Motion is **GRANTED** and the docket for this action shall be marked accordingly.

                 **By the Court:**


                _____ J.


cc:  all parties of record