## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Joint Motion for Dismissal of Action was this day served upon Plaintiff, via first class, US mail, postage prepaid, as follows:

WARREN DURHAM JR
12119 MATHERSON AVENUE
CLEVELAND OH  44135

                                        /s/ Gerald J. Villella, Esquire
Gerald J. Villella, Esq.
626 State Street, Room 505
Erie, PA  16501
814/870-1230

Date:  March 26, 2007