IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM JR.<br>Plaintiff | : CA. NO. 02-82-ERIE<br>:<br>: District Judge Cohill |
| v. | : Magistrate Judge Baxter |
| JAMES D. WASHBURN, individually, in his capacity as a police officer for the City of Erie; DOMINIC DILULLO, individually in his capacity as police officer for the City of Erie; WEST END AUTO BODY, INC; CITY OF ERIE and others not known presently to the Plaintiff, | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 27th day of March, 2007, upon consideration of the foregoing Joint Motion for Dismissal of Action, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that said Motion is **GRANTED** and the docket for this action shall be marked accordingly.

By the Court:

_Maurice B. Cohill, Jr._ J.

cc: all parties of record