IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 02-82-E |
| JAMES D. WASHBURN, et al., | ) |
| Defendants. | ) |

O R D E R

AND NOW, this 27th day of March, 2007, upon consideration of Plaintiff's pro se Motion for Prevailing Party Fees (document No. 83) filed in the above captioned matter on March 22, 2007,

IT IS HEREBY ORDERED that said Motion is DENIED. 42 U.S.C. §1988 ; Pitts v. Vaughn, 679 F.2d 311 (3d Cir. 1982).

_____
Senior United States District Judge

cc:   Warren Durham, Jr.
      12119 Matherson Avenue
      Cleveland, OH 44135

ecf:  Counsel of record